MICHELLE R. FERBER, 149929
STUART I. GOLDWARE, 76560
INGRID VON KASCHNITZ, 153838
FRANKEL & GOLDWARE, LLP
6111 Bollinger Canyon Road, Suite 475
San Ramon, California 94583
(925) 355-9800
(925) 355-9801  FAX

Attorneys for Plaintiff
CRAIG HALVORSEN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG HALVORSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>HOME DEPOT USA, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>    Defendant. | Case No. 1:08-CV-00201-LJO-SMS<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |

///

///

///

///

///

///

///

///

///

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS FURTHER STIPULATED that the court shall retain jurisdiction over the above-captioned action for the sole purpose of enforcing, if necessary, the settlement agreement placed on the record by and between the parties at the settlement conference which took place on June 25, 2008.

Dated: August 4, 2008         FRANKEL & GOLDWARE, LLP

      /s/ Stuart I. Goldware
Stuart I. Goldware
Attorneys for Plaintiff, Craig Halvorsen

Dated: August 4, 2008         PAYNE & FEARS

      /s/ Andrew J. Jaramillo
Andrew J. Jaramillo
Attorneys for Defendant, Home Depot USA, Inc.

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that the terms of the foregoing stipulation shall be and are the order of this court. Clerk is here by ORDERED to close this case in its entirety.

Dated: 08/05/2008         /s/ LAWRENCE J. O'NEILL
United States District Judge
Lawrence J. O'Neill

I:\Halvorsen, Craig\Halvorsen v. Home Depot Litigation\PLD-Stipulation for Dismissal.doc